JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM SHARMA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MENZIES AVIATION, an entity of unknown form; AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; and DOES 1 to 30; inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01985-SB-PLA<br><br>[Removed from Los Angeles Superior Court, Case No. 21STCV03444]<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: January 28, 2021<br>FAC filed: May 27, 2021 |

**ORDER**

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff RAM SHARMA ("Plaintiff") and Defendants MENZIES AVIATION and AIRCRAFT SERVICE INTERNATIONAL, INC. ("Defendants") (collectively, the "Parties")

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of

1

Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: June 6, 2021

						_____
						Stanley Blumenfeld, Jr.
						United States District Judge